Court of Appeals for the Sixth Circuit granted. *Mr. James A. Butler* for petitioner. *Mr. J. Fred Potts* for respondents. *Solicitor General Fahy* and *Messrs. Roger S. Foster, Milton V. Freeman,* and *Theodore L. Thau* filed a brief on behalf of the Securities & Exchange Commission, as *amicus curiae,* in support of the petition.

No. 118. INDUSTRIAL ADDITION ASSOCIATION *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. F. A. Berry* for petitioner. *Solictor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch,* and *Miss Melva M. Graney* for respondent.

No. 160. ELGIN, JOLIET & EASTERN RAILWAY CO. *v.* BURLEY ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Paul R. Conaghan* for petitioner. *Mr. John H. Gately* for respondents.

No. 181. F. W. FITCH Co. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Arnold F. Schaetzle* and *James W. Stewart* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.